UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04.07.15
```

ROBERT FOSTER,

            Plaintiff,

-v-

SIRIUS XM RADIO INC., *et al.*,

            Defendants.

No. 14-cv-9395 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiff informing the Court that the parties have reached a settlement. (Doc. No. 5.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. The Clerk of the Court is respectfully directed to close this case. However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the Court's calendar. Upon receipt of such a letter, this action will be restored.

SO ORDERED.

Dated:    April 7, 2015
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE