UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Foster,<br><br>                    Plaintiff,<br>     v.<br><br>Sirius XM Radio Inc.; and DOES 1-10, inclusive,<br><br>                    Defendant. | :<br>:<br>:  Civil Action No.:  1:14-cv-09395-RJS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

   Robert Foster ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 7, 2015

                                        Respectfully submitted,


                                        By: /s/ Sergei Lemberg
                                        _____

                                        Sergei Lemberg (SL 6331)
                                        Lemberg Law L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg

                                          Sergei Lemberg